**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:** 16−27445−RG | **DATE FILED::** 9/12/16 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Judith E. Ball<br>xxx−xx−4784 | ADDRESS OF DEBTOR(S):<br><br>321 Pompton Avenue<br>Pompton Lakes, NJ 07442 |
| DEBTOR'S ATTORNEY:<br>John W. Sywilok<br>John W. Sywilok LLC<br>51 Main Street<br>Hackensack, NJ 07601<br><br>(201) 487−9390 | TRUSTEE:<br>Donald V. Biase<br>Biase Associates<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>(973) 618−1008 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/23/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: October 25, 2016                    FOR THE COURT
                                           James J. Waldron, Clerk

FORM NOA Rev. 5/2016

```
                        United States Bankruptcy Court
                             District of New Jersey
```

```
In re:                                                          Case No. 16-27445-RG
Judith E. Ball                                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Oct 25, 2016
                              Form ID: noa             Total Noticed: 32
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db          +Judith E. Ball,    321 Pompton Avenue,    Pompton Lakes, NJ 07442-1325
cr          +Ingram and Associates,    PO Box 290935,    Nashville, TN 37229-0935
516386946    Amalgamted Financial Group,    PO Box 1006,    Old Bridge, NJ 08857-1006
516386948   +AmeriGas,   145 West Main Street,    Chester, NJ 07930-3701
516386947   +American Archiving & Shredding,    PO Box 767,    Orange, NJ 07051-0767
516386953    Capital One,    PO Box 85111,    Richmond, VA 23285-5111
516386954   +Capital One, N.A.,    265 Broadhollow Road,    Melville, NY 11747-4985
516386956   +D&A Services,    1400 E. Touhy Ave,    Suite G2,    Des Plaines, IL 60018-3338
516386958   #Debt Recovery Solutions, LLC,    PO Box 9001,    Westbury, NY 11590-9001
516386959    Deer Park Direct,    PO Box 856192,    Louisville, KY 40285-6192
516386960    Federal Express,    PO Box 371461,    Pittsburgh, PA 15250-7461
516435682   +Hackensack University Medical Group,    Ingram and Associates,    1009 Windcross Court, 2nd Floor,
              Franklin, NJ 37067-2678
516386963    IPFS Corporation,    PO Box 412086,    Kansas City, MO 64141-2086
516386961   +Ingram and Associates,    1009 Windcross Court,    Franklin, TN 37067-2678
516386964   +LaReggia Restaurant,    40 Wood Avenue,    Secaucus, NJ 07094-2907
516386965    Lawyers Diary and Manuel,    PO Box 1027,    Summit, NJ 07902-1027
516386966   +Lyons, Doughty & Veldhuis PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516386969   +Margery Honig,    167 Franklin Turnpike,    Waldwick, NJ 07463-1816
516386970    Mitsubishi Motors Credit of America, Inc,    PO Box 9940,    Mobile, AL 36691-0940
516386972   +Pete's Pool Service Co.,    50 E. 17th Street,    Paterson, NJ 07524-1558
516386973   +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
516386974   +Rock Ridge Pharmacy,    191 Rock Road,    Glen Rock, NJ 07452-1706
516386976   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    PO Box 283,    Trenton, NJ 08695-0283)
516386975    Security Credit Services, LLC,    c/o Mercantile Adjustment Bureau, LLC,    PO Box 9055,
              Buffalo, NY 14231-9055
516386977   +Total Merchant Services,    4743 East 190th Lane,    Portland, OR 97230-7578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2016 23:01:54      U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2016 23:01:51      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516386949    EDI: BANKAMER.COM Oct 25 2016 22:38:00     Bank of America,    PO Box 982235,
              El Paso, TX 79998-2235
516386955   +E-mail/Text: bankruptcynotices@cbecompanies.com Oct 25 2016 23:02:14      CBE Group, Inc.,
              1309 Technology Parkway,    Cedar Falls, IA 50613-6976
516386952   +EDI: CAPITALONE.COM Oct 25 2016 22:38:00     Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
516386962   +EDI: IRS.COM Oct 25 2016 22:38:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
516386967    E-mail/Text: camanagement@mtb.com Oct 25 2016 23:01:42      M&T Bank,
              Lending Services, Customer Support,    PO Box 1288,    Buffalo, NY 14240-1288
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516386951     Bayview Loan Servicing LLC
516386968     Margery Honig
516386950*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
516386957*   +D&A Services,    1400 E. Touhy Ave,    Suite G2,    Des Plaines, IL 60018-3338
516386971*    Mitsubishi Motors Credit of America, Inc,    PO Box 9940,    Mobile, AL 36691-0940
                                                                              TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 25, 2016
                              Form ID: noa             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase     dbiase4236@gmail.com,    dvb@trustesolutions.net;pbellina@outlook.com
              Donald V. Biase     on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dvb@trustesolutions.net;pbellina@outlook.com
              John W. Sywilok     on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 5
```