| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Joseph J. DiPasquale, Esq.<br>jdipasquale@trenklawfirm.com<br>*Proposed Counsel to Donald V. Biase,*<br>*Chapter 7 Trustee* | Order Filed on November 8, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JUDITH E. BALL,<br><br>              Debtor. | Case No. 16-27445<br><br>Honorable Rosemary Gambardella<br><br>Chapter 7 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☒ | Followed | ☐ | Modified |

**ORDER AUTHORIZING RETENTION OF TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C. AS ATTORNEY TO TRUSTEE**

The relief set forth on the following page is **ORDERED**.

**DATED: November 8, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Trenk, DiPasquale, Della Fera & Sodono, P.C. as Attorney for the Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  <u>347 Mt. Pleasant Avenue, Suite 300</u>
 <u>West Orange, NJ  07052</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4827-9470-7259, v.  1