UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Joseph J. DiPasquale, Esq.
jdipasquale@trenklawfirm.com
*Proposed Counsel to Donald V. Biase,*
*Chapter 7 Trustee*

In re:

JUDITH E. BALL,

            Debtor.

Case No. 16-27445

Honorable Rosemary Gambardella

Chapter 7

Order Filed on November 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form: ☒ Followed ☐ Modified

**ORDER AUTHORIZING RETENTION OF TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C. AS ATTORNEY TO TRUSTEE**

The relief set forth on the following page is **ORDERED**.

**DATED: November 8, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Trenk, DiPasquale, Della Fera & Sodono, P.C. as Attorney for the Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 347 Mt. Pleasant Avenue, Suite 300
   West Orange, NJ 07052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4827-9470-7259, v. 1

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 16-27445-RG
Judith E. Ball                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2     User: admin              Page 1 of 1           Date Rcvd: Nov 08, 2016
                         Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
db              +Judith E. Ball,    321 Pompton Avenue,    Pompton Lakes, NJ 07442-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dvb@trustesolutions.net;pbellina@outlook.com
              John W. Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com
              Joseph J. DiPasquale    on behalf of Trustee Donald V. Biase jdipasquale@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 7