Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16–27445–RG
          Chapter:  7
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith E. Ball
   321 Pompton Avenue
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx–xx–4784

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Judith E. Ball the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 3/7/17.

Internal Revenue Service

Dated: March 10, 2017
JAN: lc

                                                                  Jeanne Naughton
                                                                  Clerk