UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-27445-RG |
|---|---|---|
| Judith E. Ball | Chapter: | 7 |
| | Judge: | Rosemary Gambardella |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   50 Walnut Street, Newark, NJ  07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on May 2, 2017 at 10:00 AM at the United States Bankruptcy Court in Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

   319 Pompton Avenue
   Pompton Lakes, NJ - 07442
   $385,718

**Liens on property**:

   $448,491.84

**Amount of equity claimed as exempt:**

   $0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase
110 Allen Road – Suite 304, Basking Ridge, NJ 07920
(973) 618-1008

Rev. 8/1/15