Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27445−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith E. Ball
   321 Pompton Avenue
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−4784

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      5/1/18
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Trenk DiPasquale Della Fera & Sodono, P.C., Trustee's Attorney,

COMMISSION OR FEES
$8,493.00

EXPENSES
$31.29

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 11, 2018
JAN:

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 16-27445-RG
Judith E. Ball                                                  Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 11, 2018
                              Form ID: 137             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             #+Judith E. Ball,    321 Pompton Avenue,    Pompton Lakes, NJ 07442-1325
aty             +Trenk DiPasquale Della Fera & Sodono, P.C.,    347 Mt. Pleasant Avenue,   Suite 300,
                  West Orange, NJ 07052-2730
cr              +Ingram and Associates,    PO Box 290935,   Nashville, TN 37229-0935
516386946        Amalgamted Financial Group,    PO Box 1006,    Old Bridge, NJ 08857-1006
516386948       +AmeriGas,    145 West Main Street,    Chester, NJ 07930-3701
516386947       +American Archiving & Shredding,    PO Box 767,    Orange, NJ 07051-0767
516386949      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,   El Paso, TX 79998-2235)
516386952       +Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
516386953        Capital One,    PO Box 85111,   Richmond, VA 23285-5111
516513735        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516386954       +Capital One, N.A.,    265 Broadhollow Road,    Melville, NY 11747-4985
516386956       +D&A Services,    1400 E. Touhy Ave,    Suite G2,   Des Plaines, IL 60018-3338
516386959        Deer Park Direct,    PO Box 856192,    Louisville, KY 40285-6192
516386960        Federal Express,    PO Box 371461,    Pittsburgh, PA 15250-7461
516435682       +Hackensack University Medical Group,    Ingram and Associates,    1009 Windcross Court, 2nd Floor,
                  Franklin, NJ 37067-2678
516386963        IPFS Corporation,    PO Box 412086,    Kansas City, MO 64141-2086
516386964       +LaReggia Restaurant,    40 Wood Avenue,    Secaucus, NJ 07094-2907
516386965        Lawyers Diary and Manuel,    PO Box 1027,    Summit, NJ 07902-1027
516386966       +Lyons, Doughty & Veldhuis PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516386969       +Margery Honig,    167 Franklin Turnpike,    Waldwick, NJ 07463-1816
516386970        Mitsubishi Motors Credit of America, Inc,    PO Box 9940,    Mobile, AL 36691-0940
516386972       +Pete’s Pool Service Co.,    50 E. 17th Street,    Paterson, NJ 07524-1558
516386973       +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,   Moorestown, NJ 08057-3128
516386974       +Rock Ridge Pharmacy,    191 Rock Road,    Glen Rock, NJ 07452-1706
516519287      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
516386975        Security Credit Services, LLC,    c/o Mercantile Adjustment Bureau, LLC,    PO Box 9055,
                  Buffalo, NY 14231-9055
516386977       +Total Merchant Services,    4743 East 190th Lane,    Portland, OR 97230-7578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:38      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516386955      +E-mail/Text: bankruptcynotices@cbecompanies.com Apr 12 2018 00:03:00      CBE Group, Inc.,
                  1309 Technology Parkway,    Cedar Falls, IA 50613-6976
516386962      +E-mail/Text: cio.bncmail@irs.gov Apr 12 2018 00:02:10      Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
516386967       E-mail/Text: camanagement@mtb.com Apr 12 2018 00:02:24      M&T Bank,
                  Lending Services, Customer Support,    PO Box 1288,   Buffalo, NY 14240-1288
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516386951        Bayview Loan Servicing LLC
516386968        Margery Honig
516386950*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982235,   El Paso, TX 79998-2235)
516386957*      +D&A Services,    1400 E. Touhy Ave,    Suite G2,   Des Plaines, IL 60018-3338
516386971*       Mitsubishi Motors Credit of America, Inc,    PO Box 9940,    Mobile, AL 36691-0940
516386976*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    PO Box 283,   Trenton, NJ 08695-0283)
516386958      ##Debt Recovery Solutions, LLC,    PO Box 9001,    Westbury, NY 11590-9001
516386961      ##+Ingram and Associates,    1009 Windcross Court,    Franklin, TN 37067-2678
                                                                                TOTALS: 2, * 4, ## 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Apr 11, 2018
                              Form ID: 137             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,    dbiase@iq7technology.com;dbiase4236@gmail.com
          Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com
          John  Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com,   nj26@ecfcbis.com
          John W. Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com
          Joseph J. DiPasquale     on behalf of Trustee Donald V. Biase jdipasquale@trenklawfirm.com,
           cdeangelis@trenklawfirm.com
          Thomas Michael Walsh    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
           twalsh@trenklawfirm.com
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 9
```