| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Joseph J. DiPasquale (jdipasquale@trenklawfirm.com)<br>Thomas M. Walsh (twalsh@trenklawfirm.com)<br>*Attorneys for Donald V. Biase, Chapter 7 Trustee* | Order Filed on May 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br><br>JUDITH E. BALL,<br><br>            Debtor. | Case No.:    16-27445 (RG)<br><br>Hearing Date: May 1, 2018 at 10:00 a.m.<br><br>Judge:    Rosemary Gambardella<br><br>Chapter:    7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 4, 2018**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Trenk, DiPasquale, Della Fera & Sodono, P.C. *Attorneys for Chapter 7 Trustee* | $8,493.00 | $31.29 |

*rev.8/1/15*

4835-9318-4351, v. 1