|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **TRENK, DiPASQUALE,** <br> **DELLA FERA & SODONO, P.C.** <br> 347 Mt. Pleasant Avenue, Suite 300 <br> West Orange, NJ 07052 <br> (973) 243-8600 <br> Joseph J. DiPasquale (jdipasquale@trenklawfirm.com) <br> Thomas M. Walsh (twalsh@trenklawfirm.com) <br> *Attorneys for Donald V. Biase, Chapter 7 Trustee* | Order Filed on May 4, 2018 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |

In re:

JUDITH E. BALL,

           Debtor.

Case No.:    16-27445 (RG)

Hearing Date: May 1, 2018 at 10:00 a.m.

Judge:    Rosemary Gambardella

Chapter:    7

## ORDER GRANTING ALLOWANCES

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 4, 2018**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Trenk, DiPasquale, Della Fera & Sodono, P.C. *Attorneys for Chapter 7 Trustee* | $8,493.00 | $31.29 |

*rev.8/1/15*

4835-9318-4351, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Judith E. Ball  
    Debtor

Case No. 16-27445-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 04, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.  
db          #+Judith E. Ball,    321 Pompton Avenue,    Pompton Lakes, NJ 07442-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com, dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
       Donald V. Biase    dbiase4236@gmail.com, dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
       John Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com, nj26@ecfcbis.com  
       John W. Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com  
       Joseph J. DiPasquale    on behalf of Trustee Donald V. Biase jdipasquale@trenklawfirm.com, cdeangelis@trenklawfirm.com  
       Thomas Michael Walsh    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C. twalsh@trenklawfirm.com  
       William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com  
                                                     TOTAL: 9