UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| In re: § | | Case No.   16-27445-RG |
| BALL, JUDITH E. § | | |
| § | | |
| § | | |
| Debtors(s) § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Donald V. Biase, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 50 Walnut Street
> Newark, NJ 07102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 7/10/2018 in Courtroom 3E, United States Bankruptcy Court, 50 Walnut Street, Third Floor, Newark, NJ. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/06/2018     By :    /s/ Donald V. Biase
                                     Trustee

Donald V. Biase
110 Allen Road Suite 304
Basking Ridge, NJ 07920

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re:

BALL, JUDITH E.

Case No. 16-27445-RG

Debtors(s)

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 20,111.82 |
| and approved disbursements of | $ 425.66 |
| leaving a balance on hand of: | $ 19,686.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00005 | Internal Revenue Service | $ 7,313.45 | $ 7,313.45 | $ 0.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | | $ 0.00 |
| Remaining Balance | | | | | $ 19,686.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: DONALD V. BIASE | $ 2,761.18 | $ 0.00 | $ 2,761.18 |
| Trustee, Expenses: DONALD V. BIASE | $ 48.40 | $ 0.00 | $ 48.40 |
| Attorney for Trustee, Fees: TRENK, DI PASQUALE DELLA FERA | $ 8,493.00 | $ 0.00 | $ 8,493.00 |
| Attorney for Trustee, Expenses: TRENK, DI PASQUALE DELLA | $ 31.29 | $ 0.00 | $ 31.29 |
| Total to be paid for chapter 7 administrative expenses | | | $ 11,333.87 |
| Remaining Balance | | | $ 8,352.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,960.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00003 | State of New Jersey Division of | $ 8,653.29 | $ 0.00 | $ 2,009.86 |
| 00004 | Internal Revenue Service | $ 19,063.69 | $ 0.00 | $ 4,427.83 |
| 00005A | Internal Revenue Service | $ 8,243.20 | $ 0.00 | $ 1,914.60 |
| Total to be paid to priority creditors | | | | $ 8,352.29 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,420.78 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Ingram and Associates | $ 75.00 | $ 0.00 | $ 0.00 |
| 00002 | Capital One Bank (USA), N.A. | $ 5,874.92 | $ 0.00 | $ 0.00 |
| 00005B | Internal Revenue Service | $ 2,470.86 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)(Page 3 )

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Donald V. Biase
              Trustee

Donald V. Biase
110 Allen Road Suite 304
Basking Ridge, NJ 07920

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.