Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                Case No.: 16−27445−RG  
                Chapter: 7  
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Judith E. Ball  
    321 Pompton Avenue  
    Pompton Lakes, NJ 07442

Social Security No.:  
    xxx−xx−4784

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

    THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

    NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE:                July 10, 2018  
TIME:                10:00 AM  
LOCATION:      Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            20,111.82  
TOTAL DISBURSEMENTS:    425.66  
BALANCE ON HAND:         19,686.16

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Donald V. Biase, Trustee  
Chapter 7 Trustee

COMMISSION OR FEES  
2,761.18

EXPENSES  
48.40

The trustee's application to abandon the following property will be heard and acted upon:
319 Pompton Ave., Pompton Lakes, NJ – 07442

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: June 5, 2018
JAN: nds

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-27445-RG
Judith E. Ball                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jun 05, 2018
                               Form ID: 192             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db             #+Judith E. Ball,    321 Pompton Avenue,    Pompton Lakes, NJ 07442-1325
aty             +Trenk DiPasquale Della Fera & Sodono, P.C.,    347 Mt. Pleasant Avenue,    Suite 300,
                  West Orange, NJ 07052-2730
cr              +Ingram and Associates,    PO Box 290935,   Nashville, TN 37229-0935
516386946        Amalgamted Financial Group,    PO Box 1006,   Old Bridge, NJ 08857-1006
516386948       +AmeriGas,    145 West Main Street,   Chester, NJ 07930-3701
516386947       +American Archiving & Shredding,    PO Box 767,   Orange, NJ 07051-0767
516386949      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
516386953        Capital One,   PO Box 85111,    Richmond, VA 23285-5111
516386954       +Capital One, N.A.,    265 Broadhollow Road,   Melville, NY 11747-4985
516386956       +D&A Services,    1400 E. Touhy Ave.,   Suite G2,    Des Plaines, IL 60018-3338
516386959        Deer Park Direct,    PO Box 856192,   Louisville, KY 40285-6192
516386960        Federal Express,    PO Box 371461,   Pittsburgh, PA 15250-7461
516435682       +Hackensack University Medical Group,    Ingram and Associates,    1009 Windcross Court, 2nd Floor,
                  Franklin, NJ 37067-2678
516386963        IPFS Corporation,    PO Box 412086,   Kansas City, MO 64141-2086
516386964       +LaReggia Restaurant,    40 Wood Avenue,   Secaucus, NJ 07094-2907
516386965        Lawyers Diary and Manuel,    PO Box 1027,   Summit, NJ 07902-1027
516386966       +Lyons, Doughty & Veldhuis PC,    PO Box 1269,    Mount Laurel, NJ 08054-7269
516386969       +Margery Honig,    167 Franklin Turnpike,   Waldwick, NJ 07463-1816
516386970        Mitsubishi Motors Credit of America, Inc,    PO Box 9940,    Mobile, AL 36691-0940
516386972       +Pete's Pool Service Co.,    50 E. 17th Street,    Paterson, NJ 07524-1558
516386973       +Powers Kirn, LLC,    728 Marne Highway,   Suite 200,    Moorestown, NJ 08057-3128
516386974       +Rock Ridge Pharmacy,    191 Rock Road,   Glen Rock, NJ 07452-1706
516519287      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
516386975        Security Credit Services, LLC,    c/o Mercantile Adjustment Bureau, LLC,    PO Box 9055,
                  Buffalo, NY 14231-9055
516386977       +Total Merchant Services,    4743 East 190th Lane,    Portland, OR 97230-7578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516386955       +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 05 2018 23:15:05      CBE Group, Inc.,
                  1309 Technology Parkway,    Cedar Falls, IA 50613-6976
516386952       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:19      Capital One,
                  PO Box 30285,   Salt Lake City, UT 84130-0285
516513735        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:19
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516386962       +E-mail/Text: cio.bncmail@irs.gov Jun 05 2018 23:14:15      Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
516386967        E-mail/Text: camanagement@mtb.com Jun 05 2018 23:14:25      M&T Bank,
                  Lending Services, Customer Support,    PO Box 1288,    Buffalo, NY 14240-1288
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516386951        Bayview Loan Servicing LLC
516386968        Margery Honig
516386950*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                  (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
516386957*      +D&A Services,    1400 E. Touhy Ave.,   Suite G2,    Des Plaines, IL 60018-3338
516386971*       Mitsubishi Motors Credit of America, Inc,    PO Box 9940,    Mobile, AL 36691-0940
516386976*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    PO Box 283,    Trenton, NJ 08695-0283)
516386958       ##Debt Recovery Solutions, LLC,    PO Box 9001,   Westbury, NY 11590-9001
516386961      ##+Ingram and Associates,    1009 Windcross Court,    Franklin, TN 37067-2678
                                                                                   TOTALS: 2, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 05, 2018
                              Form ID: 192             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          John  Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com,  nj26@ecfcbis.com
          John W. Sywilok    on behalf of Debtor Judith E. Ball sywilokattorney@sywilok.com
          Joseph J. DiPasquale    on behalf of Trustee Donald V. Biase jdipasquale@trenklawfirm.com,
           cdeangelis@trenklawfirm.com
          Thomas Michael Walsh    on behalf of Attorney   Trenk DiPasquale Della Fera & Sodono, P.C.
           twalsh@trenklawfirm.com
          William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                             TOTAL: 9
```