UNITED STATES BANKRUPCTY COURT

DISTRICT OF NEW JERSEY

| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| Donald V. Biase, Chapter 7 Trustee<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | <br>Order Filed on July 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**BALL, JUDITH E.**<br><br><div align="right">Debtor(s)</div> | Case No.: 16-27445-RG<br><br>Chapter 7<br><br>Hearing Date: 7/10/2018<br><br>Judge: Rosemary Gambardella |

**ORDER AWARDING TRUSTE'S COMPENSATION AND EXPENSES**

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 13, 2018**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

                                        Case No.: 16-27445-RG

BALL, JUDITH E.

        Debtor(s)

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

    AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ __2,761.18__ is reasonable compensation for the services rendered in this case by Donald V. Biase, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $ __48.40__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
HONORABLE ROSEMARY GAMBARDELLA
UNITED STATES BANKRUPTCY JUDGE