UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re: §
BALL, JUDITH E. § Case No. 16-27445-RG
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Donald V. Biase, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $385,718.00 (Without deducting any secured claims) | Assets Exempt: $17,850.00 |
| Total Distributions to Claimants: $8,352.29 | Claims Discharged Without Payment: $111,447.42 |
| Total Expenses of Administration: $11,759.53 | |

3) Total gross receipts of $20,111.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,111.82 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $448,491.84 | $7,313.45 | $7,313.45 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $11,711.53 | $11,759.53 | $11,759.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,456.78 | $35,960.18 | $35,960.18 | $8,352.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $108,975.64 | $8,420.78 | $8,420.78 | $0.00 |
| **TOTAL DISBURSEMENTS** | $561,924.26 | $63,405.94 | $63,453.94 | $20,111.82 |

4) This case was originally filed under chapter 7 on 09/12/2016. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 09/06/2018    By : /s/ Donald V. Biase
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Inheritance from Estate of Kathyrn B. Gaubatz | 1129-000 | $20,111.82 |
| **TOTAL GROSS RECEIPTS** | | $20,111.82 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00005 | Internal Revenue Service | 4110-000 | NA | $7,313.45 | $7,313.45 | $0.00 |
| | Bayview Loan Servicing LLC | | $448,491.84 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $448,491.84 | $7,313.45 | $7,313.45 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRENK, DI PASQUALE DELLA FERA & | 3210-000 | NA | $8,493.00 | $8,493.00 | $8,493.00 |
| TRENK, DI PASQUALE DELLA FERA & | 3220-000 | NA | $31.29 | $31.29 | $31.29 |
| DONALD V. BIASE | 2100-000 | NA | $2,761.18 | $2,761.18 | $2,761.18 |
| DONALD V. BIASE | 2200-000 | NA | $0.40 | $48.40 | $48.40 |
| International Sureties, Ltd. | 2300-000 | NA | $11.69 | $11.69 | $11.69 |
| Signature Bank | 2600-000 | NA | $277.92 | $277.92 | $277.92 |
| Texas Capital Bank | 2600-000 | NA | $136.05 | $136.05 | $136.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,711.53 | $11,759.53 | $11,759.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | $3,290.21 | NA | NA | $0.00 |
| | State of New Jersey | | $1,166.57 | NA | NA | $0.00 |
| 00003 | State of New Jersey Division of | 5800-000 | NA | $8,653.29 | $8,653.29 | $2,009.86 |
| 00004 | Internal Revenue Service | 5800-000 | NA | $19,063.69 | $19,063.69 | $4,427.83 |
| 00005A | Internal Revenue Service | 5800-000 | NA | $8,243.20 | $8,243.20 | $1,914.60 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,456.78 | $35,960.18 | $35,960.18 | $8,352.29 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00005B | Internal Revenue Service | 7100-000 | NA | $2,470.86 | $2,470.86 | $0.00 |
| 00002 | Capital One Bank (USA), N.A. | 7100-000 | $5,874.00 | $5,874.92 | $5,874.92 | $0.00 |
| 00001 | Ingram and Associates | 7100-000 | $75.00 | $75.00 | $75.00 | $0.00 |
| | American Archiving & Shredding | | $188.55 | NA | NA | $0.00 |
| | AmeriGas | | $385.96 | NA | NA | $0.00 |
| | Bank of America | | $16,414.00 | NA | NA | $0.00 |
| | Bank of America | | $20,785.00 | NA | NA | $0.00 |
| | Capital One | | $45,586.19 | NA | NA | $0.00 |
| | CBE Group, Inc. | | $167.76 | NA | NA | $0.00 |
| | Deer Park Direct | | $224.94 | NA | NA | $0.00 |
| | Federal Express | | $92.90 | NA | NA | $0.00 |
| | IPFS Corporation | | $455.37 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LaReggia Restaurant | | $1,000.00 | NA | NA | $0.00 |
| | Lawyers Diary and Manuel | | $133.77 | NA | NA | $0.00 |
| | Margery Honig | | $6,125.00 | NA | NA | $0.00 |
| | Margery Honig | | $6,125.00 | NA | NA | $0.00 |
| | Mitsubishi Motors Credit of | | NA | NA | NA | $0.00 |
| | Pete's Pool Service Co. | | $800.00 | NA | NA | $0.00 |
| | Rock Ridge Pharmacy | | $1,451.36 | NA | NA | $0.00 |
| | Security Credit Services, LLC | | $3,090.84 | NA | NA | $0.00 |
| | Total Merchant Services | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$108,975.64** | **$8,420.78** | **$8,420.78** | **$0.00** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-27445  
Case Name: BALL, JUDITH E.  
For Period Ending: 09/06/2018  

Judge: Rosemary Gambardella  

Trustee Name: Donald V. Biase  
Date Filed (f) or Converted (c): 09/12/2016 (f)  
341(a) Meeting Date: 10/13/2016  
Claims Bar Date: 01/23/2017  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 319 Pompton Avenue Pompton Lakes, NJ - 07442-0000  Passaic County | 385,718.00 | 0.00 | OA | 0.00 | FA |
| 2. 2014 Mitusbishi Outlander 18,000 MILES Leased Vehicle | Unknown | 0.00 | | 0.00 | FA |
| 3. Household Items | 3,500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking Capital One | 341.45 | 0.00 | | 0.00 | FA |
| 7. Inheritance from Estate of Kathyrn B. Gaubatz | 25,000.00 | 4,482.60 | | 20,111.82 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 415,809.45 | 4,482.60 | | 20,111.82 | 0.00 |

Re Prop. #7   ACTUAL INHERITANCE $30,000.00 MINUS DEBTORS EXEMPTION $17,241.15.  Anticipating possible second distribution.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Collect net Gaubatz Trust inheritance**
**investigate additional monies due from Gaubatz Trust**
**investigate possible inheritance from husband**
**value in real property**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 16-27445 | Judge: Rosemary Gambardella |
| Case Name: BALL, JUDITH E. | |
| | Trustee Name: Donald V. Biase |
| | Date Filed (f) or Converted (c): 09/12/2016 (f) |
| | 341(a) Meeting Date: 10/13/2016 |
| For Period Ending: 09/06/2018 | Claims Bar Date: 01/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 10/06/2017    **Current Projected Date of Final Report(TFR) :** 03/30/2018

**Trustee's Signature**    /s/Donald V. Biase        **Date:** 09/06/2018
Donald V. Biase
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Phone : (973) 618-1800

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 1

| Case No: | 16-27445 | Trustee Name: | Donald V. Biase |
| Case Name: | BALL, JUDITH E. | Bank Name: | Signature Bank |
| | | Account Number/CD#: | ******2460 BALL, JUDITH E. |
| Taxpayer ID No: | **-***9974 | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/21/2016 | [7] | JUDITH E. BALL | PROCEEDS OF INHERITANCE AFTER DEDUCTING EXEMPTION | 1129-000 | 17,241.15 | | 17,241.15 |
| 11/03/2016 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 7.18 | 17,233.97 |
| 12/05/2016 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 26.91 | 17,207.06 |
| 12/28/2016 | 101 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street - Ste 420<br>New Oreleans , LA 70139 | BOND #016026384 | 2300-000 | | 5.65 | 17,201.41 |
| 01/05/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 27.77 | 17,173.64 |
| 02/03/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 27.72 | 17,145.92 |
| 03/03/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 24.99 | 17,120.93 |
| | | | | Page Subtotals | 17,241.15 | 120.22 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-27445  
Case Name: BALL, JUDITH E.  
Taxpayer ID No: **-***9974  
For Period Ending: 9/6/2018

Trustee Name: Donald V. Biase  
Bank Name: Signature Bank  
Account Number/CD#: ******2460 BALL, JUDITH E.  
Blanket bond (per case limit): 155,842,865.00  
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/05/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 27.63 | 17,093.30 |
| 05/03/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 26.70 | 17,066.60 |
| 06/05/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 27.54 | 17,039.06 |
| 07/06/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 26.61 | 17,012.45 |
| 08/03/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 27.46 | 16,984.99 |
| 09/06/2017 | | Signature Bank<br>565 Fifth Avenue<br>New York , NY 10017 | Account Analysis Fee | 2600-000 | | 27.41 | 16,957.58 |
| 09/26/2017 | | Texas Capital Bank | Transfer balance of account | 9999-000 | | 16,957.58 | 0.00 |
| | | | | Page Subtotals | 0.00 | 17,120.93 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-27445 | | | Trustee Name: | Donald V. Biase |
| Case Name: | BALL, JUDITH E. | | | Bank Name: | Signature Bank |
| | | | | Account Number/CD#: | ******2460 BALL, JUDITH E. |
| Taxpayer ID No: | **-***9974 | | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 9/6/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | Page Subtotals | | |
|---|---|---|---|---|---|---|
| | | | **COLUMN TOTALS** | | 17,241.15 | 17,241.15 |
| | | | Less:Bank Transfer/CD's | | 0.00 | 16,957.58 |
| | | | **SUBTOTALS** | | 17,241.15 | 283.57 |
| | | | Less: Payments to Debtors | | | 0.00 |
| | | | **Net** | | 17,241.15 | 283.57 |

UST Form 101-7-TDR (10/1/2010) (Page 10)                                                                                **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-27445 | | Trustee Name: | Donald V. Biase |
| Case Name: | BALL, JUDITH E. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******9303 Checking Account |
| Taxpayer ID No: | **-***9974 | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 9/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/26/2017 | | Signature Bank | Transfer balance of account | 9999-000 | 16,957.58 | | 16,957.58 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 16,942.58 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.68 | 16,918.90 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.64 | 16,895.26 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.61 | 16,871.65 |
| 01/09/2018 | 52001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond 016026384 - 1/1/18-1/1/19 | 2300-000 | | 6.04 | 16,865.61 |
| | | | Page Subtotals | | 16,957.58 | 91.97 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-27445
Case Name: BALL, JUDITH E.
Taxpayer ID No: **-***9974
For Period Ending: 9/6/2018

Trustee Name: Donald V. Biase
Bank Name: Texas Capital Bank
Account Number/CD#: ******9303 Checking Account
Blanket bond (per case limit): 155,842,865.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.57 | 16,842.04 |
| 02/07/2018 | [7] | Katherine Gaubatz Amended Rev Trust | Final Distribution | 1129-000 | 2,870.67 | | 19,712.71 |
| 03/05/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 26.55 | 19,686.16 |
| 07/18/2018 | 52002 | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | Trustee's Compensation | 2100-000 | | 2,761.18 | 16,924.98 |
| 07/18/2018 | 52003 | DONALD V. BIASE 110 ALLEN RD Suite 304 Basking Ridge , NJ 07920 | | 2200-000 | | 48.40 | 16,876.58 |
| 07/18/2018 | 52004 | TRENK, DI PASQUALE DELLA FERA & SODONO 347 Mt. Pleasant Avenue -- Suite 300 West Orange , NJ 07052 | | 3210-000 | | 8,493.00 | 8,383.58 |
| | | | | Page Subtotals | 2,870.67 | 11,352.70 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-27445 | | Trustee Name: | Donald V. Biase |
| Case Name: | BALL, JUDITH E. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******9303 Checking Account |
| Taxpayer ID No: | **-***9974 | | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 9/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/18/2018 | 52005 | TRENK, DI PASQUALE DELLA FERA & SODONO<br>347 Mt. Pleasant Avenue -- Suite 300<br>West Orange , NJ 07052 | | 3220-000 | | 31.29 | 8,352.29 |
| 07/18/2018 | 52006 | State of New Jersey Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695 | Disb of 23.23% to Claim #00003 REFERENCE #4784 | 5800-000 | | 2,009.86 | 6,342.43 |
| 07/18/2018 | 52007 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia , PA 19101 | Disb of 23.23% to Claim #00004 | 5800-000 | | 4,427.83 | 1,914.60 |
| 07/18/2018 | 52008 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia , PA 19101 | Disb of 23.23% to Claim #00005A | 5800-000 | | 1,914.60 | 0.00 |

|   |   |   |
|---|---|---|
| Page Subtotals | 0.00 | 8,383.58 |
| **COLUMN TOTALS** | 19,828.25 | 19,828.25 |
| Less:Bank Transfer/CD's | 16,957.58 | 0.00 |
| **SUBTOTALS** | 2,870.67 | 19,828.25 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 2,870.67 | 19,828.25 |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                                                                                       **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-27445 | Trustee Name: | Donald V. Biase |
| --- | --- | --- | --- |
| Case Name: | BALL, JUDITH E. | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******9303 Checking Account |
| Taxpayer ID No: | **-***9974 | Blanket bond (per case limit): | 155,842,865.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| All Accounts Gross Receipts: | 20,111.82 |  |  |  |  |  |
| All Accounts Gross Disbursements: | 20,111.82 |  | ******9303 Checking Account | 2,870.67 | 19,828.25 |  |
| All Accounts Net: | 0.00 |  | ******2460 BALL, JUDITH E. | 17,241.15 | 283.57 |  |
|  |  |  | **Net Totals** | 20,111.82 | 20,111.82 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**