Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

        Case No.:  16–27445–RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith E. Ball
   321 Pompton Avenue
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx–xx–4784

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 14, 2018</u>         <u>Rosemary Gambardella</u>
                                             Judge, United States Bankruptcy Court